INSURANCE CO. v. VICK

No. 134 PC.

Case below: 17 N.C. App. 106.

Petition for writ of certiorari to North Carolina Court of Appeals denied 18 January 1973.


PELAEZ v. PELAEZ

No. 109 PC.

Case below: 16 N.C. App. 604.

Petition for writ of certiorari to North Carolina Court of Appeals denied 18 January 1973.


ROTH v. PARSONS

No. 119 PC.

Case below: 16 N.C. App. 646.

Petition for writ of certiorari to North Carolina Court of Appeals denied 18 January 1973.


SPENCE v. DURHAM

No. 85 PC.

Case below: 16 N.C. App. 372.

Petition for writ of certiorari to North Carolina Court of Appeals allowed 2 January 1973.


STATE v. BRADY

No. 116 PC.

Case below: 16 N.C. App. 555.

Petition for writ of certiorari to North Carolina Court of Appeals denied 18 January 1973. Motion of Attorney General to dismiss appeal allowed 18 January 1973.